CERTIFIED CREDIT CORP. *v.* BOWERS,
TAX COMMISSIONER OF OHIO.

No. 430.   Decided November 18, 1963.

*Robert L. Barton, Joseph B. DeVennish* and *Joseph R. Hague* for appellant.

*William B. Saxbe,* Attorney General of Ohio, and *Daronne R. Tate,* Assistant Attorney General, for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.